RECEIVED

MAY 1 2 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| CHARLES RAE | CIVIL ACTION NO. 2:07-2232 |
| VERSUS | JUDGE DOHERTY |
| BUREAU OF IMMIGRATION & CUSTOMS ENFORCEMENT | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Rec. Doc. 10] of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner [Rec. Doc. 11] and the Response to those objections filed by defendant [Rec. Doc. 12], and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that this habeas corpus petition be DENIED and DISMISSED.

THUS DONE AND SIGNED, in Chambers, in Lafayette, Louisiana, on this ___12___ day of May, 2008.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE